

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-14-00902-CR

Luis **JARAMILLO, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2228
Honorable Melisa Skinner, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to June 10, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:   Luis Jaramillo, Jr. #01966673          Vincent D. Callahan
      Garza West Facility                     Attorney At Law
      4250 Highway 202                        P.O. Box 12141
      Beeville, TX 78102                      San Antonio, TX 78212-9998

      Jennifer Rossmeier
      Bexar County Assistant District Attorney
      101 W. Nueva St.
      San Antonio, TX 78205